Fill in this information to identify the case:

United States Bankruptcy Court for the:

_Southern District of Texas, Houston Division_

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | USA La Sorella Inc. | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 4 2 5 2 7 8 5

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 100 Sharpstown Ctr Mail Box 6 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Houston, TX 77036-5000 | |
| City        State   ZIP Code | City        State   ZIP Code |
| Harris | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | |
| | City        State   ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  USA La Sorella Inc.
_____ Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4   5   2   9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District \_\_\_\_ When \_\_\_\_ MM / DD / YYYY   Case number \_\_\_\_
District \_\_\_\_ When \_\_\_\_ MM / DD / YYYY   Case number \_\_\_\_

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor \_\_\_\_ Relationship \_\_\_\_
District \_\_\_\_ When \_\_\_\_ MM / DD / YYYY
Case number, if known \_\_\_\_

Debtor   <u>USA La Sorella Inc.</u>                                           Case number *(if known)* _____
                Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? 

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?** _____

                    Number      Street

_____

          City                            State

          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

| **Statistical and administrative information** |
|---|

| 13. | Debtor's estimation of available funds? | *Check one:* |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors |
|---|---|

| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| ☐ 100-199 | ☐ 200-999 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | | ☐ 10,001-25,000 | ☐ More than 100,000 |

| 15. | Estimated assets |
|---|---|

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    USA La Sorella Inc.                             Case number *(if known)* _____
       Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/31/2019          
              MM/ DD/ YYYY

**X**       /s/ Jilin Huang                      Jilin Huang
       Signature of authorized representative of debtor        Printed name

Title           Director          

**18. Signature of attorney**

**X**       /s/ Harold May           Date   12/31/2019       
       Signature of attorney for debtor                 MM/ DD/ YYYY

Harold May
Printed name

Harold "Hap" May P.C.
Firm name

1500 S Dairy Ashford
Number       Street

Houston                         TX       77077
City                                State        ZIP Code

_____           stephen.munson@may-firm.com
Contact phone                       Email address

13264800                       TX
Bar number                       State

CCW LLC
P.O. Box 2983
Sugar Land, TX 77487-2983

Counterforce Central Alarm
Services Corp.
10211 Metropolitan Ave
Forest Hills, NY 11375-6731

CP Logistics Inc.
6200 Savoy Dr 328
Houston, TX 77036

Department of the Treasury;
Internal Revenue Service
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45250-5566

Electronic Computer Outlet
Services
4101 Rice Drier Rd # 2s
Pearland, TX 77581-2898

First Data Global Leasing
P.O. Box 173845
Denver, CO 80217

Jilin Huang
2 Floor Building C Pengjinhui Industry
Estate Long Yan Industry 10 Road
Humen Town Dongguan City, China

Sharpstown Investment, LLC
Po Box 2983
Sugar Land, TX 77487-2983

Hendri Soemijarsih
3005 Monford Dr.
Plano, TX 75074


TeleCheck Services, Inc.
Po Box 60028
City Industry, CA 91716-0028


Jason Wang
Po Box 2983
Sugar Land, TX 77487-2983


YOE CPA, LLC
11200 Westheimer Rd 150
Houston, TX 77042

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **USA La Sorella Inc.**                                                    CASE NO

                                                                                  CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 12/31/2019 _____      Signature _____ /s/ Jilin Huang _____

                                                                        Jilin Huang, Director